**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Arif M Mayeeinuddin | : Case No.: 19-04743 |
| | : Chapter 13 |
| Debtor. | : Judge David D. Cleary |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 44)

Now comes Fifth Third Bank, National Association as Successor by Merger to MB Financial, N.A. ("Creditor") by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court at Docket #44 on September 23, 2021. The Motion for Relief is being withdrawn because Debtor has submitted funds to Movant to cure the post-petition default.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is
tjruchman@manleydeas.com

20-005454_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Motion for Relief was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

David H Cutler, Attorney for Arif M Mayeeinuddin, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October  1 , 2021:

Arif M Mayeeinuddin, 3861 Brummel St., Skokie, IL  60076

/s/ Todd J. Ruchman

20-005454_CJP